581 A.2d 83

IN THE MATTER OF WILLIAM J. MULKEEN, AN ATTORNEY AT LAW.

October 19, 1990.

## ORDER

The Disciplinary Review Board having reported to the Court that WILLIAM J. MULKEEN of ELIZABETH, who was suspended by Order of this Court filed September 18, 1990, has failed to pay costs incurred in connection with a prior disciplinary matter,

And good cause appearing;

It is ORDERED that WILLIAM J. MULKEEN's restoration to practice shall be subject, in addition to all other requirements, to the submission of satisfactory evidence of his payment to the Disciplinary Review Board of costs, interest, and a sanction of $250.00.

581 A.2d 83

IN THE MATTER OF JOHN PEREZ, AN ATTORNEY AT LAW.

October 19, 1990.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the petition for reinstatement is granted; subject, however to the condition that respondent shall submit an annual certified audit of his trust account records for the first three calendar years in which he engages in the private practice of law, said audits to be filed with the Office of Attorney Ethics within 30 days of the conclusion of each year.